

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-183-KJD-(NJK) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| NICOLE MARIE GRAZIANO, | |
| Defendant. | |

This Court finds that defendant Nicole Marie Graziano pled guilty to Counts One through Six of a Six-Count Criminal Information charging her in Counts Four through Six with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Information, ECF No. 3; Change of Plea, ECF No. 7; Plea Agreement, ECF No. 5.

This Court finds defendant Nicole Marie Graziano agreed to the imposition of the in personam criminal forfeiture money judgment of $747,699.32 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 3; Change of Plea, ECF No. 7; Plea Agreement, ECF No. 5.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Nicole Marie Graziano shall pay an in personam criminal forfeiture money judgment of $747,699.32 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Nicole Marie Graziano an in personam criminal forfeiture money judgment of $747,699.32.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 26th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE