FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

MAY -8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-183-KJD-(NJK) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| NICOLE MARIE GRAZIANO, | |
| Defendant. | |

This Court found that Nicole Marie Graziano shall pay the in personam criminal forfeiture money judgment of $747,699.32 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Arraignment & Plea, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 8.

The in personam criminal forfeiture money judgment amount of $747,699.32 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Nicole Marie Graziano the in personam criminal forfeiture money judgment of $747,699.32 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this __8__ day of __May__, 2018.

_____
UNITED STATES DISTRICT JUDGE