UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE MARIE GRAZIANO,<br><br>Defendant. | Case No. 2:17-cr-183-KJD-NJK<br><br>ORDER |

Presently before the Court is Defendant's Unopposed Motion to Continue Self-Surrender Date (#21). Defendant is required to voluntarily surrender on August 6, 2018. However, she has intervening medical appointments. Having read and considered the motion, and the lack of opposition from the Government and Defendant's Pretrial Services Officer, the motion is granted. Defendant shall self-surrender on August 20, 2018.

**IT IS SO ORDERED.**

DATED this 13th day of July 2018.

_____
Kent J. Dawson
United States District Judge